**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1938**

_____

DONNA M. CONNER,

Plaintiff - Appellant,

versus

LIONS GATE ENTERTAINMENT CORPORATION; TIM STEPHEN; SANDRA STERN; JESSICA BARONDES,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Henry Coke Morgan, Jr., Senior District Judge.  (CA-04-117-HCM-JEB)

_____

Submitted:  January 19, 2006          Decided:  January 24, 2006

_____

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Donna M. Conner, Appellant Pro Se.  Charles Michael Sims, LECLAIR RYAN, P.C., Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donna M. Conner appeals the district court's order dismissing her copyright infringement action for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Conner's motion for appointment of counsel and affirm on the reasoning of the district court. See Conner v. Lions Gate Entm't (E.D. Va., July 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED